

# In the United States District Court for the Southern District of Georgia Waycross Division

| | |
|---|---|
| TRACY TAYLOR and LILY TAYLOR, <br><br> Plaintiffs, <br><br> v. <br><br> JUST FOUR WHEELS, INC. d/b/a JUST FOUR WHEELS CAR, TRUCK, AND VAN RENTAL, and RAJENDRAK PATEL, <br><br> Defendants. | No. 5:20-CV-047 |

### ORDER

Before the Court is the Parties' Joint Motion to Dismiss, dkt. no. 10, wherein they inform the Court that they wish to dismiss this action with prejudice. The stipulation meets the requirements of Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, the parties' motion is **GRANTED**. All claims asserted in this action are **DISMISSED with prejudice**. Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED**, this 1st day of June, 2020.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA